IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

LARRY DAVID REAVES, )
)
v. ) 1:11-0018
)
MICHAEL J. ASTRUE, Commissioner of Social )
 Security. )

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends the Plaintiff's Motion for Judgment on the Administrative Record be granted in part and this action be remanded to the Commissioner for a rehearing pursuant to Sentence Four of 42 U.S.C. § 405(g). No objections have been filed.

The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Judgment on the Administrative Record, Document #18, is **GRANTED in part**, and this action is **REMANDED** to the Commissioner for a rehearing pursuant to Sentence Four of 42 U.S.C. § 405 (g). Upon remand, the administrative law judge shall reexamine Plaintiff's complaints of chronic pain.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge